In The United States District Court
For The _____ District Of Texas
_____ Division

United States District Court
Southern District of Texas
FILED
JAN 14 2000
MICHAEL N. MILBY CLERK

Exparte Jeffery E. Williams
V.S.
The State of Texas

Cause No. C 00 018

Petition on Writ of Habeas Corpus To Restore Jeffery E. Williams To Street Time Credit

I, Jeffery E. Williams petitioner makes known to the Court that the Applicant is illegaly restrained in his Librty by The Department of the Criminal Justice system and By virtur. Of a warrant _____, For Violation of Parole, Applicant was initially convicted in the Possession of a Controlled Substance and Forgery Cause No. 56045 and 77900:

Note: Applicant is a Layman at the Law unskilled and Inexperienced in the Drafting of writ formal pleading or Errors And the Application of the Law in General, And Therefore Entitled to have His Application held to A Lesser Stringent Standards Than Those of A Lawyers

See Exparte Morris V.S. State
Thank you
626. S.W. 2d (TX. Cr. App. 1987) A Sentence must Be Continous and A prisoner or Inmate Cannot Be Required to Serve A Sentence in installment, unless it is shown that A premature or unlawful release of the prisoner or inmate Resulted or Occured. Pardon and Parole (Key 14.9), As

There was no showing that the applicant whose release resulted from a clerical error was release because of any fault on his part, He is entitled to be granted credit on his formal sentence for the calender time when he was at liberty on parole or in the form of mandatory supervision prior to his violation of parole and reincarceration ID 626 S.W. 2d And 756 (But Does not Affect the Lenght of Inmate sentence) Ex parte Bates 538 s.w. 2d 790 (Tx. Cr. App. 1976) Defendant cannot be compelled to serve sentence in installments, Patton V. State 721-s.w. 2d 885 (Tx. Cr. App. 1986) When jail or penitentiary confinement, the state must allow person to serve jail or prison term in one continuous period rather than in installments. Note that on Art 42:12 (C.C.P.) sec 15 on The last part of paragraph 3. Applicant was entitled to have a warrent with drawn by The Texas Department of Correction as well as the correct time credited towards his sentence by the Texas Board of Pardons and paroles by viture and under model sentencing and corrections in act of The United State Goverment which provides as follows: Model sentencing and correction Oct. the 3rd of 1983 (B) (1978) (Total period of supervision and confinement can not exceed maxium allowable supervision term) Cause No. 56045 and 779008 Applicant makes known to the court that he been convicted of a felony crime since being on parole applicants that have only been returned to the custody of the Department of Corrections for a violation would have to restore street time credit The Board of Pardons and Paroles is acting as a sentencing court of law by denying street time credit on a violation They removing the time spent on parole or mandatory supervision

After Revocation for violation infration, and then adding the Removed time to the end of the parolee discharge date Therefore extending the orginal sentence Miner Vs. Charter 137, 330, 403 A2d 274 (1979) The Court up held that the parole Board has no inherent Authority to Deny credit for time serve on parole it says (and every prisoner while on parole shall Remain in the Legal custody of The institution from which he or she was Released, But shall be Amenable to the orders of the board) In fact under sectio. 42.18 it dose not indicate that the Board of Pardons and Paroles can deny street time credit this action does violates The Parolees due process

Art. 42.18 Sec. 15 (A)
Completion of Parole Period

Says "In order to complete the parole period A Parolee shall be Required to serve out the whole term from which He was sentence subject to the deduction of time He had served prior to his parole. The time on pardons shall be Conffered upon the Governor to grant pardons and to commute sentence's Cause No. 56045 and 779008 Applicant makes known to the court that The Board of Pardons and Paro Are Acting out of their Jurisdiction, Because there are Laws Listed in the C.C.P. under 42.18 that indicate the Board have no Authority to increase A parolee orginal sentenc Applicant is therefore Asking the Court to grant the Applic Request to please Restore all The Street time credit in which I Jeffery E. Williams has Lost due to A violation in which there was A felony conviction's punishable by The

District court of Law. Cause No. 779008 wherefore Petitioner prays and Ask the court that this writ of Habeas Corpus to Restore The street time appear here in inmediately with said applicant asking The Boards of Pardons and Paroles to please Restore all of the street time credit that has Been Denied from The Applicant

Respectfully submitted

Jeffery E. Williams

The State of TEXAS County of  BEE  

Before Me  Donald E. Parnell  Notary Public on This Day personally Appeared  Jeffery E. Williams  proved to me through  TDCJ-ID Card  To Be The person whose name is subscribed to the foregoing Instrument And Acknowledged to me that he executed The same for The purposes and consideration Therein Expressed.

Given under my hand and seal of Officer This 04 Day of  January  A.D. 2000



DONALD E. PARNELL
MY COMMISSION EXPIRES
April 4, 2002

Notary Public in And For The State of TEXAS