IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF TEXAS
_____ DIVISION

United States District Court
Southern District of Texas
FILED

JAN 14 2000

MICHAEL N. MILBY CLERK

__Jeffery E Williams 578942__
Plaintiff's name and ID Number

__Garza East Unit__
Place of Confinement

v.

__State of Texas__
Defendant's name and address

CASE NO. __C 00 018__
(Clerk will assign the number)

APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, __Jeffery Williams__, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment          Yes☐ No☑
   b. Rent payments, interest or dividends?                 Yes☐ No☑
   c. Pensions, annuities or life insurance payments?       Yes☐ No☑
   d. Gifts or inheritances?                                Yes☐ No☑
   e. Family or friends?                                    Yes☐ No☑
   f. Any other sources?                                    Yes☐ No☑

   If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   _____
   _____

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
   Yes☐         No☑
   If you answered YES, state the total value of the items owned.

   _____
   _____

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

        Yes ☐          No ☑

If you answered **YES**, describe the property and state its approximate value.

_____

_____

**I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).**

Signed this the __6__ day of __JANUARY__, ~~19~~ 2000__.

_Jeffrey Walton_     578942
Signature of Plaintiff     ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

Revised 6/97

```
CSINIB02/CINIB02      TEXAS DEPARTMENT OF CRIMINAL JUSTICE          01/06/00
NI46/DPA4066              IN-FORMA-PAUPERIS DATA                    10:15:24
TDCJ#: 00578942 SID#: 02888732 LOCATION: GARZA EAST     INDIGENT DTE: 03/03/?
NAME: WILLIAMS,JEFFERY EUGENE          BEGINNING PERIOD: 07/01/99
PREVIOUS TDCJ NUMBERS: 00418314
CURRENT BAL:          0.00  TOT HOLD AMT:        0.00  3MTH TOT DEP:     0.:
6MTH DEP:             0.00  6MTH AVG BAL:        0.00  6MTH AVG DEP:     0.:
MONTH HIGHEST BALANCE TOTAL  DEPOSITS   MONTH HIGHEST BALANCE TOTAL  DEPOSITS
12/99         0.00           0.00       09/99         0.00           0.00
11/99         0.00           0.00       08/99         0.00           0.00
10/99         0.00           0.00       07/99         0.00           0.00
PROCESS DATE    HOLD AMOUNT     HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF _BEE_
ON THIS THE _06_ DAY OF _JANUARY 2000_ I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _N/A_   OR SID NUMBER: _N/A_

*[Notary seal: DONALD E. PARNELL, MY COMMISSION EXPIRES April 4, 2002]*