IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JEFFREY E. WILLIAMS | § | |
| | § | |
| V. | § | C.A. NO. 00-18 |
| | § | |
| STATE OF TEXAS | § | |

## ORDER GRANTING PETITIONER'S MOTION TO PROCEED
## *IN FORMA PAUPERIS*

The Court finds that petitioner is indigent. Petitioner's motion to proceed *in forma pauperis* (D.E. 2) is therefore granted.

ORDERED this 31 day of January, 2000.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE