```
                                                            United States District Court
                                                            Southern District of Texas
                                                                    ENTERED
         IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF TEXAS               FEB 0 4 2000
                  CORPUS CHRISTI DIVISION
                                                           Michael N. Milby, Clerk of Court
```

JEFFERY E. WILLIAMS §
§
V. § C.A. NO. C-00-18
§
STATE OF TEXAS §

## ORDER FOR MORE DEFINITE STATEMENT

Petitioner, a state prisoner currently incarcerated at the Garza West Unit in Beeville, Texas, filed a petition for writ of habeas corpus under 28 U.S.C. § 2254. So that the Court can properly evaluate the merits of this case, petitioner is hereby ORDERED to submit a more definite statement of the facts involved in this action. Label your response "Petitioner's More Definite Statement".

Specifically, petitioner shall provide the following information:

(1) the name and location of the court which entered the judgment of conviction under attack;

(2) the name of the sentencing judge;

(3) the nature of the conviction; and

(4) the date of the conviction.

(5) Have you filed a state application for writ of habeas corpus? If so, when was the state application filed? Is the state application currently pending? If not, when was the state application denied?

(6) Have you filed step 1 and step 2 grievances relating to your complaints? If so, attach copies of the grievances.

The Clerk will not issue summons until petitioner's supplemental statement is evaluated by the Court. Petitioner must also include in his answer the following affirmation: "I swear under

penalty of perjury that these answers are true and correct to the best of my knowledge."

Failure to respond and comply as directed within thirty (30) days of the date of this order may result in the dismissal of this action.

ORDERED this 3 day of February, 2000.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE