The United States District of Texas
The Southern District of Texas
Houston Division Clerk
P.O. Box 61010
Houston TX 77208

-78942 A-2-22B
P.O. Box 100
Huntsville TX 77342
Cause No. 99-506 or 0018

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
FEB 28 2000 TC
Michael N. Milby, Clerk of Court

Re: A Notice To The Court

Dear M. Milby

2:99-94

I, Jeffery E. Williams, is mailing you a new address and I also want the courts to know that in the next few weeks I will be sending an address that I may be staying until the end of my term, but the address that I am at now is P.O. Box 100 Huntsville TEXAS 77342-0100 Thank you for your time in this matter

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
FEB 28 2000 CS
Michael N. Milby, Clerk of Court

Always your
Jeffery Williams

2-19-2000

CC:
J. Williams
U.S. Court
File 2000

May God Bless