In The United States District Court
For the Southern District of TEXAS
Corpus Christi Division

United States District Court
Southern District of Texas
FILED

MAR 06 2000

MICHAEL N. MILBY CLERK

Exparte Jeffery E. Williams
    V.S
STATE of TEXAS                          Cause No. C-00-18

                    Note to the Court

Dear Honorable Judge B Janice Ellington

    I, Jeffery Eugene Williams, Mailed on Feb. 19, 2000 that I had
Move to Byrd Unit P.O. Box 100 Huntsville, TEXAS 77342-0100. The
Reason for this Note is to Ask you to Let the Answers to your order
for More Definite Statement be submitted if it is pass the 30 day
time period. Because I did Not get this order until today (2-29-2000)
And I am putting it in the mail on March 1, 2000 Thank you for
your time in this Matter.

CC. J. Williams
U.S. Court
File 2000
May God Bless

                        Respectfully submitted
                        Jeffery W. Williams
                        Jeffery Williams

                    3-1-2000

                                                8.