In The United States District Court
For The Southern District Of Texas
Corpus Christi Division

United States District Court
Southern District of Texas
FILED

MAR 06 2000

MICHAEL N. MILBY CLERK

Ex parte Jeffery E. Williams
V.S.
State of Texas

Cause No. C-00-18

"Petitioner's More Definic Statement"

1. In the District Court 252nd Judicial District of Jefferson, County Beaumont Texas 77701 215 Franklin Street.

2. Judge Larry Gist of the 252nd District Court

3. The nature of my conviction, Aggravated Possession of a Controlled Substance

4. On February 4, 1991 I was convicted to a 30 years term not a 34 years term

5. No.

6. No

I, Jeffery Eugene Williams 578942, "I swear under penalty of perjury that these answers are true and correct to best of knowledge)

CC: J. Williams
U.S. Court
File 2000
May God Bless

Respectfully submitted

Jeffery Williams

3-1-2000