United States District Court
Southern District of Texas
ENTERED

MAR 2 0 2000

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JEFFREY WILLIAM, #578942 § | |
| § | |
| V.  § | CIVIL ACTION NO. C-00-18 |
| § | |
| STATE OF TEXAS § | |

## ORDER GRANTING MOTION FOR LEAVE TO FILE LATE RESPONSE TO ORDER FOR MORE DEFINITE STATEMENT

Plaintiff's motion to file an untimely response to the order for a more definite statement (D.E.8) is granted. Plaintiff has shown good cause for his failure to file his more definite statement in a timely manner.

ORDERED this __16__ day of __March__, 2000.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE