IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 2 7 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| JEFFERY E. WILLIAMS | § | |
| | § | |
| V. | § | C.A. NO. C-00-18 |
| | § | |
| STATE OF TEXAS | § | |

## ORDER OF TRANSFER

Petitioner, while he was an inmate incarcerated at the Garza West Unit in Beeville, Texas, and proceeding *pro se*, filed a petition under 28 U.S.C. § 2254, challenging his conviction and sentence imposed by the 252nd Judicial District in Jefferson County, Texas. He subsequently filed a notice of a new address, wherein he stated that he has been moved to a prison in Huntsville, Texas. Under 28 U.S.C. § 2241(d):

> (d) Where an application for a writ of habeas corpus is made by a person in custody under the judgment and sentence of a State court of a State which contains two or more Federal judicial districts, the application may be filed in the district court for the district wherein such person is in custody or in the district court for the district within which the State court was held which convicted and sentenced him and each of such district courts shall have concurrent jurisdiction to entertain the application. The district court for the district wherein such an application is filed in the exercise of its discretion and in furtherance of justice may transfer the application to the other district court for hearing and determination.

Petitioner is currently incarcerated in the Southern District of Texas. Petitioner was convicted in a state district court in Jefferson County, which is in the Beaumont Division of the Eastern District of Texas. The records of his conviction are located in the Beaumont Division of the Southern District of Texas. The court finds a transfer to the Beaumont Division of the Eastern District of Texas would serve the interest of justice.

Accordingly, this case is transferred to the Beaumont Division of the Southern District of Texas.

ORDERED this 22 day of March, 2000.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE