United States District Court
Southern District of Texas
Houston Division Clerk
P.O. Box 61010
Houston Texas 77208

United States District Court
Southern District of Texas
FILED
MAR 29 2000
MICHAEL N. MILBY CLERK

Jeffery Williams
578942
P.O. Box 16
Lovelady Texas
75851
Cause No. 00-18

RE: A Notice To The Court

Dear M. Milby

I, Jeffery E. Williams, is mailing you a new address and I should be here until my time is up the address is P.O. Box 16 Lovelady TEXAS 75851. Thank you for your time in this matter

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
MAR 27 2000
MICHAEL N. MILBY, CLERK OF COURT

Always your
Jeffery Williams

3-21-2000

CC:
J. Williams
U.S. Court
File 2000
May God Bless

12.